**DYKEMA GOSSETT LLP**
Craig N. Hentschel, (S.B. #66178)
chentschel@dykema.com
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

**WILEY REIN LLP**
Floyd B. Chapman (admitted *pro hac vice*)
1776 K Street, NW
Washington, DC 20006
Telephone: (202) 719-7308
Facsimile: (202) 719-7049
fchapman@wileyrein.com

Attorneys for Atico International USA, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| DIGITAL SPECTRUM SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> EASTMAN KODAK COMPANY AND ATICO INTERNATIONAL USA, INC., <br><br> Defendants. | No. SA CV 07-00729-JVS (RNBx) <br><br> **JUDGMENT** |

　　　THIS MATTER comes before the Court on Defendant ATICO INTERNATIONAL USA, INC. ("Atico") and Eastman Kodak Company's Joint Motion For Summary Judgment Of Non-Infringement, Or, In The Alternative, Partial Summary Judgment ("Motion").

　　　Having considered the parties' submissions and after conducting a hearing on February 25, 2008, the Court GRANTED the Motion in favor of Atico as to all issues of infringement.  *See* Document 86, filed February 25, 2008 ("Order").

　　　As the Order disposed of all claims in the above-captioned action as between Atico and Plaintiff Digital Spectrum Solutions, Inc.,

1  It is hereby ORDERED and ADJUDGED that judgment is entered in favor of the
2  Defendant Atico and against the Plaintiff on all claims of infringement in the
3  Plaintiff's Complaint.  This constitutes a final judgment for purposes of appeal.  While
4  it is understood that Atico has additional defenses including, but not limited to,
5  invalidity positions, there is no need to address these defenses in view of the non-
6  infringement holding.
7  To the extent, however, that any additional claims are deemed not disposed of,
8  the Court makes the express determination, in accordance with Fed. R. Civ. P. 54(b),
9  that there is no just reason for delay of entry of final judgment of non-infringement as
10  to Atico.
11  Let the clerk send a copy of this Judgment to all parties of record.
12
13  IT IS SO ORDERED.
14
15
16  DATE:  March 19, 2008
17                                                              _____
18                                                                         James V. Selna
19                                                              UNITED STATES DISTRICT JUDGE