JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, (SOUTHERN DIVISION)**

| | |
|---|---|
| DIGITAL SPECTRUM SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> EASTMAN KODAK COMPANY AND DOES 1 THROUGH 20. <br><br> Defendants. | **Case No.**: SACV07-0729 JVS (RNBx) <br><br> **ORDER OF DISMISSAL** <br><br> JUDGE: James V. Selna |

The Court having considered the Stipulation of Voluntary Dismissal filed by Plaintiff, Digital Spectrum Solutions, Inc ("DSI"), and Defendant Eastman Kodak Company ("Kodak"), in the above entitled case, finds the case dismissed.  The Court further finds that Digital Spectrum Solutions agreed to dismiss remaining claim 2 with prejudice, and waives appeal rights to all claims except as to claim 1 of the First Amended Complaint.  Still further the Court finds that the parties have stipulated that each shall be responsible for its costs and attorney's fees incurred herein.

1  It is therefore ORDERED that this case be dismissed.  It is further ordered that
2  each party shall be responsible for its costs and attorney's fees incurred herein.
3  SIGNED AND ENTERED this  19th day of September, 2008.

_____
The Honorable James V. Selna
United States District Court Judge

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

-2-   SACV07-0729 JVS (RNBx)
[Proposed] Order Of Dismissal